IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MARSHALL HUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DAN WILSON HOMES, INC.; | ) |
| DAN WILSON; and BEN J. LACK, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:12-CV-081-C |

## JUDGMENT

The Court having entered its findings of fact and conclusions of law on January 29, 2014, and having awarded attorneys' fees by order dated March 5, 2014,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Marshall Hunn, take nothing on his claims against Defendants, Dan Wilson Homes, Inc.; Dan Wilson; and Ben J. Lack;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Counter-Plaintiffs, Dan Wilson Homes, Inc. and Dan Wilson, take nothing on their counterclaim against Counter-Defendant, Marshall Hunn;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants/Counter-Plaintiffs, Dan Wilson Homes, Inc. and Dan Wilson, as prevailing parties on Plaintiff's copyright-infringement claims, have and recover from Plaintiff/Counter-Defendant, Marshall Hunn, attorneys' fees in the amount of $148,692.20; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Ben J. Lack, as a prevailing party on Plaintiff's copyright-infringement claims, have and recover from Plaintiff, Marshall Hunn, attorneys' fees in the amount of $34,545.50.

Costs of court are taxed against Plaintiff.

Dated this 5th day of March, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE